UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN J. BEUNING,

        Plaintiff,

v.

ALBION MOTORS, INC., d/b/a,
ALBION MOTORS BIG LOT,

        Defendant.
_____/

CIVIL NO. 05-70065

ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

VIRGINIA M. MORGAN
UNITED STATES MAGISTRATE JUDGE

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [D/E 11] AND FOR ENTRY OF JUDGMENT AND TRANSFER PURSUANT TO STIPULATION [D/E 14]

The Court having been presented with a stipulation [D/E 14] for entry of an Order for Summary Judgment and Transfer of Remaining Causes of Action to the 12th Judicial District for the State of Michigan and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment [D/E 11] is GRANTED with prejudice and without costs to either party.

IT IS FURTHER ORDERED that the remaining causes of action, namely, Plaintiff's claims under Michigan's deceptive practices statute, fraudulent misrepresentation, and revocation, are hereby transferred to the 12th Judicial District, in and for the County of Jackson, State of Michigan, for further proceedings.

SO ORDERED.

                        s/Arthur J. Tarnow
                        Arthur J. Tarnow
Dated: November 9, 2005     United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 9, 2005, by electronic and/or ordinary mail.

                        s/Theresa E. Taylor
                        Case Manager